REGINA GLAZER, Appellant, v CHOONG-HEE LEE et al., Respondents.

Submitted July 21, 2008; decided September 16, 2008

Motion, insofar as it seeks leave to appeal against Michael A. Werner, M.D. and M.A.Z.E. Laboratories, dismissed upon the ground that as to those parties the order sought to be appealed from does not finally determine the action within the meaning of the Constitution; motion for leave to appeal otherwise denied.

HSBC BANK USA, N.A., Respondent, v BARBARA SCHARF, Appellant, et al., Defendants.

Submitted July 21, 2008; decided September 16, 2008

Motion for reargument of motion for leave to appeal denied [see 10 NY3d 892 (2008)].

INFINITY CONSULTING GROUP, INC., Appellant, v TOWN OF HUNTINGTON, Respondent.

Submitted September 8, 2008; decided September 16, 2008

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that appellant has failed to demonstrate timeliness (see Rules of Ct of Appeals [22 NYCRR] §§ 500.9, 500.10).